IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WILLIE WESLEY BROWN,

   Plaintiff,

    v.

JOHN J. GOGER
Judge, Fulton County Superior Court,
et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:10-CV-2924-TWT

## ORDER

This is a pro se civil rights case arising out of the Plaintiff's criminal case in the Superior Court of Fulton County. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending dismissing this action under the Rooker-Feldman doctrine. The Plaintiff's Objections are without merit. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 3 day of November, 2010.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\10\Brown\10cv2924\R&R.wpd